Court of Appeals for the Second Circuit denied. *Mr. C. A. L. Massie* for petitioner. *Mr. Hans v. Briesen* for respondent.

No. 508. ERNEST W. KOKENOR *v.* UNITED STATES. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. C. S. Herbert* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

No. 514. FARISH COMPANY *v.* SOUTH SIDE TRUST COMPANY. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Henson M. Stephens* for petitioner. *Mr. Wm. M. Robinson* and *Mr. H. V. Blaxter* for respondent.

No. 516. ELLA HOWEY *v.* WILLIAM J. HOWEY. October 23, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Missouri denied. *Mr. C. W. Prince* for petitioner. *Mr. Henry S. Conrad* for respondent.

No. 517. SYLVESTER CAROLLO *v.* UNITED STATES. October 23, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. Howard McCaleb* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

No. 519. CLAIR D. JONES *v.* INTER-MOUNTAIN LIFE INSURANCE COMPANY ET AL. October 23, 1922. Petition for a writ of certiorari to the Supreme Court of the State of Utah denied. *Mr. Frank K. Nebeker* for petitioner. No appearance for respondents.